IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No. 14 C 6130 |
| JULIAN R. BROWN and ALLIANCE INVESTMENT MANAGEMENT LIMITED, ) ) ) ) | |
| Defendants. ) ) | |

**ORDER AUTHORIZING TRANSFER OF**
**SETTLEMENT FUNDS TO THE RECEIVER**

WHEREAS this matter has come before this Court on Plaintiff's Motion to Transfer Settlement Funds to Receiver;

WHEREAS the Court finds that the request is reasonable and should be granted.

IT IS THEREFORE ORDERED that the SEC is authorized to transfer the settlement funds paid by Defendant Julian R. Brown and Alliance Investment Management Limited, in the amount of $387,831.70 minus reasonable administrative fees, to Robb Evans & Associates LLC, in its capacity as Receiver appointed by the Court in *CFTC v. Battoo et al.*, 12 C 7127 (N.D. Ill.).

IT IS FURTHER ORDERED that the SEC is authorized to transfer any additional settlement funds paid by Defendants Julian R. Brown and Alliance Investment Management Limited, including amounts paid as post-judgment

interest minus reasonable administrative fees, to Robb Evans & Associates LLC, or its successor, in its capacity as Receiver appointed by the Court in *CFTC v. Battoo et al.*, 12 C 7127 (N.D. Ill.).

Dated: November 9, 2017

                                                    _____
                                                    Thomas M. Durkin
                                                    United States District Court Judge